IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DENISA BROWN, *et al.*, | |
| Plaintiffs, | |
| v. | 2:23-CV-002-Z-BR |
| ANTHONY MINNAAR, *et al.*, | |
| Defendants. | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**
**AND**
**ORDER REMANDING**

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to grant the Motion to Remand filed by Plaintiffs, (ECF No. 14, 14-2), and deny as moot the Motion to Dismiss filed by Defendant ARL Logistics, LLC, (ECF No. 4). (ECF No. 55). Objections to the findings, conclusions, and recommendation, and responses thereto, have been filed. After making an independent review of the pleadings, files, records, objections, and applicable law in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED**. Accordingly, it is **ORDERED** that this case be remanded to the 69th Judicial District Court of Dallam County, Texas.

**SO ORDERED.**

June **26**, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE